UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA AND ) | |
| THE STATE OF GEORGIA ) | |
|  ) | |
| Plaintiffs, ) | |
|  ) | |
| v. ) | |
|  ) | |
| STATE OF ALABAMA; THE COOSA ) | Civil Action No. |
| RIVER BASIN INITIATIVE, INC; ) | 4:98-CV-191-HLM |
| AND WEISS LAKE IMPROVEMENT ) | |
| ASSOCIATION, INC., ) | |
|  ) | |
| Plaintiffs/Intervenors. ) | |
|  ) | |
| v. ) | |
|  ) | |
| DALTON UTILITIES AND THE ) | |
| WATER, LIGHT, AND SINKING FUND ) | |
| COMMISSION OF THE CITY OF ) | |
| DALTON, GEORGIA ) | |
|  ) | |
| Defendants. ) | |
| _____ ) | |

JOINT STATEMENT OF THE PARTIES
REGARDING STATUS OF THE CASE

On June 23, 2005, the Court ordered counsel for the parties to submit a statement concerning the status of the case. Counsel for the United States, the State of Georgia and Dalton Utilities hereby submit this joint statement.

On August 4, 2004, Defendants moved to terminate the Consent Decree in its entirety.

On September 10, 2004, the Court issued an Order pursuant to stipulation of the parties terminating certain parts of the Consent Decree and staying all proceedings as to Defendants' Motion with respect to the pretreatment program until receiving further notice from Defendants.  On January 10, 2005, the Court issued an Order directing counsel to notify the Court concerning the status of the remaining portion of the Motion, which counsel did on January 25, 2004.  Also on January 25, 2005, the Court issued an Order denying the Motion to Terminate the Consent Decree without prejudice.

Since the filing of Defendants' Motion, counsel for the United States, EPA and Dalton Utilities have had numerous phone conversations and two meetings.  The parties have now reached a resolution that must be reduced to writing.  That resolution will obviate the need for the Court to rule on Defendants' Motion.  We expect to file a status report by August 15, 2005.

Date: July 13, 2005                    /s     Lee A. Dehihns III
                                       LEE A. DEHIHNS III
                                       Alston & Bird, LLP
                                       One Atlantic Center
                                       1201 West Peachtree Street
                                       Atlanta, Georgia 30309
                                       Phone: (404) 881-7151

                                       (signatures continued next page)

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural Resources Division

LORI JONAS, Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice,
P.O. Box 7611
Washington, DC  20044-7611
Telephone: (202) 514-4080

THURBERT E. BAKER
Attorney General
ISAAC BYRD
Deputy Attorney General
JOHN E. HENNELLY
Senior Assistant Attorney General

William R. Phillips
Senior Assistant Attorney General
STATE OF GEORGIA
Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia   30334
(404) 656-7541

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **Joint Statement of the Parties Regarding Status of the Case** upon counsel of record by electronically filing it with the Clerk of Court using the Electronic Case Filing System which will automatically send email notification of such filling to:

>Lori Jonas, Senior Attorney
>**UNITED STATES DEPARTMENT OF JUSTICE**
>Environmental Enforcement Section
>Environment and Natural Resources Division
>P.O. Box 7611
>Washington, D.C.  20044-7611
>
>William R. Phillips
>Senior Assistant Attorney General
>**STATE OF GEORGIA**
>Department of Law
>40 Capitol Square, S.W.
>Atlanta, Georgia   30334
>
>/s  Lee A. DeHihns, III
>Lee A. DeHihns, III
>Georgia Bar No. 216259

ALSTON & BIRD, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7151
Fax: (404) 253-8569
Email:  ldehihns@alston.com