UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

|  |  |  |
|---|---|---|
| _____ | ) | |
| UNITED STATES OF AMERICA AND THE STATE OF GEORGIA | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE OF ALABAMA; THE COOSA RIVER BASIN INITIATIVE, INC; AND WEISS LAKE IMPROVEMENT ASSOCIATION, INC., | ) ) ) ) ) | Civil Action No. 4:98-CV-191-HLM |
| Plaintiffs/Intervenors. | ) ) | |
| v. | ) ) | |
| DALTON UTILITIES AND THE WATER, LIGHT, AND SINKING FUND COMMISSION OF THE CITY OF DALTON, GEORGIA | ) ) ) ) ) | |
| Defendants. _____ | ) ) | |

ORDER

Having considered the Parties' Joint Motion to Terminate Consent Decree, it is hereby

ORDERED:

The Consent Decree entered on March 28, 2001 is hereby terminated in its entirety.

_____
HAROLD L. MURPHY
United States District Judge