UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

NOV 16 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF GEORGIA, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF ALABAMA; THE COOSA RIVER BASIN INITIATIVE, INC; AND WEISS LAKE IMPROVEMENT ASSOCIATION, INC., <br><br> Plaintiffs/Intervenors. <br><br> v. <br><br> DALTON UTILITIES AND THE WATER, LIGHT, AND SINKING FUND COMMISSION OF THE CITY OF DALTON, GEORGIA <br><br> Defendants. | Civil Action No. <br> 4:98-CV-191-HLM |

ORDER

Having considered the Parties' Joint Motion to Terminate Consent Decree, it is hereby

ORDERED:

The Consent Decree entered on March 28, 2001 is hereby terminated in its entirety.

_____
HAROLD L. MURPHY
United States District Judge